A CERTIFIED TRUE COPY

JAN 1 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 6 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

IN RE: RC2 CORP. TOY LEAD PAINT
PRODUCTS LIABILITY LITIGATION
**CEM**

MDL No. 1893

**08 C 310**

**JUDGE LEINENWEBER**

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On December 19, 2007, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _____ F.Supp.2d _____ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Harry D. Leinenweber.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Leinenweber.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 19, 2007, and, with the consent of that court, assigned to the Honorable Harry D. Leinenweber.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: FEBRUARY 27, 2008

**IN RE: RC2 CORP. TOY LEAD PAINT
PRODUCTS LIABILITY LITIGATION**                MDL No. 1893

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA NORTHERN
  ALN   2   07-1805           Mitchell Hungerpillar, et al. v. RC2 Corp., et al. — 08cv307

ARKANSAS EASTERN
  ARE   2   07-140            April Wilson, etc. v. RC2 Corp. — 08cv308

FLORIDA SOUTHERN
  FLS   1   07-22271          Brenda Maya Singer v. Learning Curve Brands, Inc. — 08cv309

MISSOURI EASTERN
  MOE   4   07-1689           Brian Deutsch v. Learning Curve Brands, Inc. — 08cv310