**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 00310 |
|---|---|
| Brian Deutsch v. Learning Curve Brands, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LEARNING CURVE BRANDS, INC. (Defendant)

| | |
|---|---|
| NAME (Type or print) | |
| Bart T. Murphy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Bart T. Murphy | |
| FIRM | |
| Ice Miller LLP | |
| STREET ADDRESS | |
| 2300 Cabot Dr., Suite 455 | |
| CITY/STATE/ZIP | |
| Lisle, IL 60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6181178 | 630-955-6392 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |